James Ben SMITH, Plaintiff—
Appellant,

v.

William SMITH, Sheriff of Lenoir County and the Manicipality of Lenoir County; John and Jane Does, Defendants—Appellees.

No. 04–6649.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 20, 2004.

Decided Dec. 13, 2004.

James Ben Smith, Appellant pro se.

Before LUTTIG and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

James Ben Smith appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint as frivolous under 28 U.S.C. § 1915(e)(2). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Smith v. Smith,* No. CA–04–172–5–BO (E.D.N.C. Mar. 29, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*